Kenneth Harry
Name
3830 E. 72nd Ave
Mailing address
Anchorage, Alaska 99507
City, State, Zip
907.891.3380
Telephone

RECEIVED
OCT 14 2020
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Kenneth Harry,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Alaska Parole Board; Department of corrections,

Alaska Superior Court (Anchorage);

Federal U.S. District Court,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Kenneth W. Harry,
(print your name)

who presently resides at 3830 E. 72nd Ave, Anchorage Alaska,
(mailing address)

were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _The Alaska Parole Board_ is a citizen of
(name)
_Alaska_, and is employed as a _Parole Board Officials_.
(state) (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _Department of Corrections_ is a citizen of
(name)
_Alaska_, and is employed as a _Correctional Officers & Administration_.
(state) (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _Alaska Judicial System_ is a citizen of
(name)
_Alaska_, and is employed as a _Judge for the State of Alaska_.
(state) (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
_X_ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 4, Federal U.S. District Court, is a citizen of Alaska, and is employed as a Judge for the U.S. District of Alaska, and personally participated in causing my injury and I want Money, I further assert that I want injunctive relief.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about _August of 2013 - August of 2019_, my civil right to
_due process, equal protection, cruel & unusual punishment, illegal search & seisure_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by _The Alaska Parole Board_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):
Without legal competent jurisdiction the parole board usurped their authority over Goodtime credits awarded to Mr. Harry for time awarded - specificly and legally - to him for good behaviour in prison. Furthermore, the parole board extended a judicially given sentence beyond its maximum term by nearly 6 years, and unlawfully entered my home and seised mine and other non-probationers property.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

Claim 2: On or about August of 2013-2019, my civil right to due Process; equal Protection; cruel & unusual Punishment
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by The Alaska Department of Corrections
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

The Alaska Dept. of Corrections, in violation of Alaska statutory law, Turned my good time credits over to the Alaska Parole Board and illegally detained me beyond my judicially given sentence by ignoring statutory law on good time and the sentence handed down by the Alaska Judicial system.
My sentence and it's legal duration were ignored and I was allowed to be imprisoned illegally by the Alaska Parole Board.

Claim 3: On or about August of 2013-2019 , my civil right to
(Date)
due process; equal Protection; cruel and unusual Punishment
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by The Alaska Court System
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

In violation of Alaskas Goodtime Statutes, where I was given a flat Sentence, the Alaska Court System acting outside the scope of law permitted the Alaska parole Board to: (1) usurp authority over my goodtime credits and furthermore, ignoring A.S. 33.16.200, permitted the Parole board to change and extend my judicially given Sentece beyond its maximum term.

Claim 4: On or about August of 2013-2019, My civil right to due process; equal Protection; cruel and unusual punishent; and the right to Habeas Corpus was violated by The Alaska U.S. District Court, by denying the Writ of Habeas Corpus where no judicial entity was with legal competent jurisdiction over my persons had authority to legally detain me. The Courts ignored the law, and the writs of Habeas Corpus and denied my Constitutional rights to unfettered rights to my constitutional liberties where no law permitted the parole board to have jurisdictions over liberties

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? __X__ Yes ____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Kenneth W. Harry

Defendant(s): (Members) Alaska Parole Board

Name and location of court: Alaska U.S. District Court

Docket number: Not Sure    Name of judge: Honorable Sharon L. Gleason

Approximate date case was filed: Not Sure    Date of final decision: Not Sure

Disposition:  __X__ Dismissed    ____ Appealed    ____ Still pending

Issues Raised: Unlawful Detention by the Alaska Parole; Defendants still to be named.

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____  Name of judge: _____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: ____ Dismissed    ____ Appealed    ____ Still pending

Issues Raised: _____


**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 23 Million Dollars

2. Punitive damages in the amount of $ 50,000,000

3. An order requiring defendant(s) to  Seis and Desist their illegal actions

4. A declaration that The Alaska Parole Board stop Mandatory Parole until the legislature has an opportunity to Correct, amend, or nullify Specific statutes as they see fit.

5. Other: That injunctive relief be made readily available to those still suffering from these unconstitutional acts of the aforementioned parties

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __Anchorage Alaska__ on __10-11-2020__
           (Location)                                     (Date)

_____
(Plaintiff's Original Signature)

_____  _____
Original Signature of Attorney (if any)           (Date)

_____
_____
_____
Attorney's Address and Telephone Number

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 7 of 7

Case 3:20-cv-00261-RRB   Document 1   Filed 10/14/20   Page 7 of 7